IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ARMANDO MEDINA-VARGAS,<br><br>           Defendant. | **8:15CR52**<br><br>**ORDER** |

This matter is before the Court on Defendant's motion for compassionate release, Filing No. 52. The defendant filed his motion for compassionate release on April 18, 2022. On June 28, 2022, this Court gave the defendant 60 days to document that he had exhausted his administrative rights with the Bureau of Prisons. In October of 2022, the government filed a motion to dismiss, Filing No. 54, indicating that Defendant had failed to comply with the Court's order of June 28, 2022. The Court, on February 8, 2023, then ordered the defendant to comply with the exhaustion requirement, within 30 days of that date. To date, Defendant has not complied with either of the Court's orders. As a result of the noncompliance, the Court will dismiss the defendant's motion for compassionate release.

THEREFORE, IT IS ORDERED THAT Defendant's motion for compassionate release, Filing No. 52, is dismissed.

Dated this 24th day of March, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge